## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

REBECCA PTORNEY SHAFER,

        Plaintiff,

v.

CIGNA DENTAL HEALTH, INC.
and CIGNA HEALTHCARE OF
GEORGIA, INC.,

        Defendants.

CIVIL ACTION NO.: 1:06-CV-1832

DISTRICT JUDGE PANNELL, JR.

## JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

Defendants CIGNA Dental Health, Inc. and CIGNA Healthcare of Georgia, Inc. ("CIGNA" or "the Company"), and Plaintiff Rebecca Ptorney Shafer (collectively, "the Parties"), by and through their respective attorneys and pursuant to the Federal Arbitration Act (9 U.S.C. §§ 1 *et seq.*), respectfully move the Court to stay the proceedings in the above-styled case pending the final resolution of Plaintiff's claims through binding arbitration.  In support of their Motion, the Parties state as follows.

1.      Plaintiff initiated this action by filing a Complaint in this Court on August 4, 2006.

2.      Prior to October 31, 2005, Plaintiff was employed by CIGNA as a Network Manager in Atlanta, Georgia.  In her Complaint, Plaintiff alleges that the

Company terminated her employment in violation of the Age Discrimination in Employment Act.

3.     In June of 2000, Plaintiff and the Company entered into a binding and enforceable arbitration agreement when Plaintiff completed and signed her application for employment with the Company.   Furthermore, Plaintiff and the Company's arbitration agreement was reaffirmed when Plaintiff received and assented to the mandatory Arbitration Policy contained in the Company's Employee Handbook.   The Arbitration Policy covers all claims arising out of Plaintiff's employment (with the exception of worker's compensation and unemployment compensation) and the termination of her employment with CIGNA, including (but not limited to) "claims, demands or actions under. . . the Age Discrimination in Employment Act. . . ."

4.     In a letter dated November 1, 2006, CIGNA's counsel advised Plaintiff's counsel of Plaintiff's arbitration agreement and requested that Plaintiff dismiss his lawsuit and submit his claims to binding arbitration.   On Tuesday, November 7, 2006, Plaintiff's counsel advised counsel for the Company that Plaintiff would agree to submit his claims to binding arbitration, but that he would prefer that the lawsuit be stayed rather than dismissed.   Under the circumstances, CIGNA does not object to the case being stayed.

5.    Granting the instant Motion would make it unnecessary for the Court to consider and rule on a motion to compel arbitration by CIGNA, and would thereby avoid the unnecessary expenditure of the Court's time and resources, and also would avoid the unnecessary accrual of costs by the Parties.

WHEREFORE, the Parties respectfully request that the Court grant the instant Motion.  A proposed Order is attached hereto for the convenience of the Court.

Respectfully submitted this 10th day of November, 2006.

<table>
<tr><td>s/Scott R. King</td><td>s/Cameron S. Pierce</td></tr>
<tr><td>Scott R. King</td><td>Cameron S. Pierce</td></tr>
<tr><td>Georgia Bar No. 421345</td><td>Georgia Bar No. 578680</td></tr>
<tr><td>SLATER & KING</td><td>LITTLER MENDELSON, P.C.</td></tr>
<tr><td>400 Colony Square, Suite 1100</td><td>3348 Peachtree Road NE, Suite 1100</td></tr>
<tr><td>1201 Peachtree Street, N.E.</td><td></td></tr>
<tr><td>Atlanta, Georgia 30361</td><td>Atlanta, Georgia 30326-1008</td></tr>
<tr><td>Telephone:  404.888.0500</td><td>Telephone:  404.233.0330</td></tr>
<tr><td>Facsimile:</td><td>Facsimile:  404.233.2361</td></tr>
<tr><td></td><td></td></tr>
<tr><td>Counsel for Plaintiff Rebecca Ptorney Shafer</td><td>Counsel for Defendants CIGNA Dental Health, Inc. and CIGNA Healthcare of Georgia, Inc.</td></tr>
</table>

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

REBECCA PTORNEY SHAFER,

      Plaintiff,

v.

CIGNA DENTAL HEALTH, INC.
and CIGNA HEALTHCARE OF
GEORGIA, INC.,

      Defendants.

CIVIL ACTION NO.: 1:06-CV-1832

DISTRICT JUDGE PANNELL, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2006, I filed the foregoing *Joint Motion To Stay Proceedings Pending Arbitration* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record: Scott R. King, Esq.

s/ Cameron S. Pierce
Cameron S. Pierce
GA Bar No. 578680
LITTLER MENDELSON, P.C.
3348 Peachtree Road NE, Suite 1100
Atlanta, Georgia 30326-1008
Telephone: 404.233.0330
Facsimile: 404.233.2361

Counsel for Defendants CIGNA Dental Health, Inc. and CIGNA Healthcare of Georgia, Inc.

Firmwide:81659263.1 041254.1004