IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REBECCA PTORNEY SHAFER,<br><br>        Plaintiff,<br><br>v.<br><br>CIGNA DENTAL HEALTH, INC. and CIGNA HEALTHCARE OF GEORGIA, INC.,<br><br>        Defendants. | CIVIL ACTION NO.: 1:06-CV-1832<br><br>DISTRICT JUDGE PANNELL, JR. |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

Pursuant to the Federal Arbitration Act (9 U.S.C. §§ 1 *et seq.*), Defendants CIGNA Dental Health, Inc. and CIGNA Healthcare of Georgia, Inc. (collectively "CIGNA" or "the Company"), and Plaintiff Rebecca Ptorney Shafer (collectively, "the Parties") have moved the Court to stay this lawsuit pending the final resolution of Plaintiff's claims through binding arbitration.

Plaintiff was employed by Connecticut General Life Insurance Co. ("CGLIC") as a Network Manager from about July 2000 until about October 2005. (Complaint, ¶¶ 6-7.) In June of 2000, the Parties entered into a binding arbitration agreement when Plaintiff began her employment with CGLIC. The arbitration

agreement covers all claims arising out of Plaintiff's employment and the termination of her employment with CGLIC, including (but not limited to) "claims, demands or actions under. . . the Age Discrimination in Employment Act. . . ." (Ex. 1, Arbitration Agreement.)  In her Complaint, Plaintiff alleges that the Company terminated her employment in violation of the Age Discrimination in Employment Act.  (*Id.* at ¶ 37.)

The Federal Arbitration Act ("FAA") creates a "presumption in favor of arbitrability" *Brown v. ITT Consumer Fin. Corp.*, 211 F.3d 1217, 1222 (11th Cir. 2000).  Section 3 of the FAA provides (in pertinent part) that: "If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court . . . shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement . . ."  9 U.S.C. § 3.

This action is subject to stay while Plaintiff's claims are referred to arbitration pursuant to the Parties' written arbitration agreement in accordance with Section 3 of the FAA.  Accordingly, the Parties respectfully request that the Court grant the instant Motion and order that this action be stayed pending resolution of Plaintiff's claims through arbitration.

Respectfully submitted this 10th day of November, 2006.

| | |
|---|---|
| s/Scott R. King | s/ Cameron S. Pierce |
| Scott R. King | Cameron S. Pierce |
| Georgia Bar No. 421345 | Georgia Bar No. 578680 |
| SLATER & KING | LITTLER MENDELSON, P.C. |
| 400 Colony Square, Suite 1100 | 3348 Peachtree Road NE, Suite 1100 |
| 1201 Peachtree Street, N.E. | |
| Atlanta, Georgia 30361 | Atlanta, Georgia 30326-1008 |
| Telephone: 404.888.0500 | Telephone: 404.233.0330 |
| Facsimile: | Facsimile: 404.233.2361 |
| | |
| Counsel for Plaintiff Rebecca Ptorney Shafer | Counsel for Defendants CIGNA Dental Health, Inc. and CIGNA Healthcare of Georgia, Inc. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REBECCA PTORNEY SHAFER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CIGNA DENTAL HEALTH, INC.<br>and CIGNA HEALTHCARE OF<br>GEORGIA, INC.,<br><br>　　　　　Defendants. | CIVIL ACTION NO.: 1:06-CV-1832<br><br>DISTRICT JUDGE PANNELL, JR. |

## CERTIFICATE OF SERVICE

　　I hereby certify that on this 10th day of November, 2006, I filed the foregoing *Memorandum of Law in Support of Joint Motion to Stay Proceedings Pending Arbitration* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record: Scott R. King, Esq.

　　　　　　　　　　　　　　　　　　s/ Cameron S. Pierce
　　　　　　　　　　　　　　　　　　Cameron S. Pierce
　　　　　　　　　　　　　　　　　　GA Bar No. 578680
　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　3348 Peachtree Road NE
　　　　　　　　　　　　　　　　　　Suite 1100
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30326-1008
　　　　　　　　　　　　　　　　　　Telephone:  404.233.0330
　　　　　　　　　　　　　　　　　　Facsimile:  404.233.2361
　　　　　　　　　　　　　　　　　　Counsel for Defendants CIGNA
　　　　　　　　　　　　　　　　　　Dental Health, Inc. and CIGNA
　　　　　　　　　　　　　　　　　　Healthcare of Georgia, Inc.

Firmwide:81666557.1 041254.1004